## STANBACK v. STANBACK

No. 44 PC.

No. 119 (Fall Term).

Case below: 37 N.C. App. 324.

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed 4 October 1978.

## STATE v. ALFORD

No. 93 PC.

Case below: 38 N.C. App. 236.

Petition by defendant for discretionary review under G.S. 7A-31 denied 17 October 1978. Appeal dismissed ex mero motu for lack of substantial constitutional question 17 October 1978.

## STATE v. BOARD

No. 50 PC.

No. 120 (Fall Term).

Case below: 37 N.C. App. 581.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 4 October 1978.

## STATE v. BOYD and PILKINGTON

No. 137 PC.

Case below: 36 N.C. App. 155.

Petition by defendant Pilkington for writ of certiorari to the North Carolina Court of Appeals denied 4 October 1978.

## STATE v. COX

No. 67.

Case below: 37 N.C. App. 356.

Petition by defendant for discretionary review under G.S. 7A-31 denied 4 October 1978. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 4 October 1978.